ACCEPTED
15-25-00207-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00207-CV

IN THE

# Court of Appeals for the 15th District of Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 12:33:06 PM
CHRISTOPHER A. PRINE
Clerk

_____

IN RE NOVARTIS PHARMACEUTICALS CORPORATION,
*Relator.*

_____

ORIGINAL PROCEEDING FROM THE 71ST DISTRICT COURT,
IN HARRISON COUNTY, TEXAS • CAUSE NO. 23-0276,
THE HONORABLE BRAD MORIN PRESIDING

## MOTION OF NONRESIDENT ATTORNEY, ROSS B. GALIN, FOR ADMISSION PRO HAC VICE

DANNY S. ASHBY
(Texas Bar No. 01370960)
**O'MELVENY & MYERS LLP**
2801 N. Harwood Street, Suite 1600
Dallas, Texas 75201
Telephone: +1 972.360.1900

DERON R. DACUS
(Texas Bar No. 00790553)
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
Telephone: +1 903.705.1117

ANTON METLITSKY
ROSS B. GALIN
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas,
   Suite 1700
New York, New York 10019
Telephone: +1 212.326.2000
(Applications for *pro hac vice*
admission pending)

*Counsel for Relator Novartis Pharmaceuticals Corporation*

CP COUNSEL PRESS    (800) 4-APPEAL • (814349)

TO THE HONORABLE COURT OF APPEALS FOR THE 15TH DISTRICT:

Pursuant to the Texas Rules Governing Admission to the Bar, Rule XIX, Ross B. Galin requests permission to participate in the proceedings of the above-captioned cause. In support of this Motion, he represents that:

1. I am an attorney and partner with the law firm *O'Melveny & Myers LLP*. My office address is 1301 Avenue of the Americas, Suite 1700, New York, NY 10019. My telephone number is 212-326-2000, and my facsimile number is 212-326-2061.

2. I seek to be associated with Danny S. Ashby, a member of the Texas Bar. Mr. Ashby's Texas State Bar Number is 01370960. Mr. Ashby is an attorney and partner with the law firm *O'Melveny & Myers LLP*. His address is 2801 North Harwood Street, Suite 1600, Dallas, TX 75201. His telephone number is 972-360-1900, and his facsimile number is 972-360-1901.

3. My New York Bar No. is 4069035, and I am admitted in the following jurisdictions:

    a. New York State Courts – 2002;

    b. U.S. District Court for the Eastern District of New York – 2014;

    c. U.S. District Court for the Southern District of New York – 2002;

    I am an active member in good standing in the above jurisdictions.

4. I have not appeared in a Texas court within the last two (2) years, other than in the original proceeding before the 71st Judicial District of Harrison County, Texas, Cause No. 23-0276.

5. I have not been the subject of a disciplinary action by any Bar or courts of any jurisdiction in which I am licensed.

6. I have not been denied admission to the courts of any State or federal court.

7. I am familiar with the Texas State Bar, the Texas State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and I will at all times abide by and comply with the same so long as such proceeding is pending and I have not withdrawn as counsel therein.

8. I have filed an Application for *Pro Hac Vice* Admission with and paid the required fee to the Texas Board of Law Examiners. (See Acknowledgement Letter issued by the Texas Board of Law Examiners, attached hereto as Exhibit A).

9. I request permission to participate as co-counsel of record *pro hac vice*, affiliated with attorney Danny S. Ashby, on behalf of Petitioner, Novartis Pharmaceuticals Corporation in Cause Number 15-25-00207-CV; *In Re Novartis Pharmaceuticals Corporation*, in the Fifteenth Court of Appeals of Texas.

WHEREFORE, for the above reasons, Ross B. Galin requests that this Court grant him permission to participate in the proceedings of this matter on behalf of Petitioner, Novartis Pharmaceuticals Corporation.

Signed this 26th day of November, 2025.

/s/ *Ross B. Galin*
Ross B. Galin (NY Bar No. 4069035)
O'MELVENY & MYERS LLP
1301 Avenue of the Americas, Suite 1700
New York, NY 10019
Telephone: 212-326-2000
Facsimile: 212-326-2061
rgalin@omm.com

## VERIFICATION

My name Ross B. Galin, my date of birth is ██████████, and my address is 1301 Avenue of the Americas, Suite 1700, New York, NY 10019. I declare under penalty of perjury that the foregoing is true and correct. Executed in New York on the 26th day of November, 2025.

/s/ *Ross B. Galin*
Ross B. Galin

4

## CERTIFICATE OF CONFERENCE

I certify that on November 14, 2025, Petitioner's counsel conferred with Respondent's counsel, Radu A. Lelutiu, regarding the relief requested in the foregoing Motion. Mr. Lelutiu indicated that he is not opposed to the requested relief.

/s/ *Ross B. Galin*
Ross B. Galin

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, a true and correct copy of the foregoing has been filed and served on counsel of record through electronic service via www.efiletexas.gov.

/s/ *Ross B. Galin*
Ross B. Galin

# Exhibit A

# Board of Law Examiners

Appointed by the Supreme Court of Texas

November 21, 2025

Jonathan Pierre
Via: E-Mail

## Acknowledgment Letter
## Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: Ross B. Galin**

**Case: 15-25-00207-CV**

**Texas court or body: Court of Appeals for the Fifteenth District of Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Danny Ashby
Bar No. 1370960
ommsvc2@omm.com
Envelope ID: 108502297
Filing Code Description: Motion
Filing Description: Motion of Attorney Anton Metlitsky to Appear Pro Hac Vice
Status as of 11/26/2025 2:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Deron Dacus | 790553 | ddacus@dacusfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jonathan Wilkerson | 24050162 | jonathan.wilkerson@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Samuel Baxter | 1938000 | sbaxter@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Zeke DeRose | 24057421 | zeke.derose@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jennifer Truelove | 24012906 | jtruelove@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Alex Brown | 24026964 | alex.brown@lanierlawfirm.com | 11/26/2025 12:33:06 PM | SENT |
| Lynne Kurtz-Citrin | 24081425 | lynne.kurtz-citrin@oag.texas.gov | 11/26/2025 12:33:06 PM | SENT |
| Kwaku A.Akowuah | | kakowuah@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Eric B.Halper | | ehalper@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| Crystal Clark | | crystal.clark@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Chelsea A.Priest | | cpriest@sidley.com | 11/26/2025 12:33:06 PM | SENT |
| Ross Galin | | rgalin@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Meredith Garagiola | | mgaragiola@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Anton Metlitsky | | ametlitsky@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Danny S.Ashby | | dashby@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Radu A. Lelutiu | | rlelutiu@mckoolsmith.com | 11/26/2025 12:33:06 PM | SENT |
| W. Mark Lanier | | WML@LanierLawFirm.com | 11/26/2025 12:33:06 PM | SENT |
| Jordan Underhill | | Jordan.Underhill@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Jonathan D. Bonilla | | Jonathan.Bonilla@oag.texas.gov | 11/26/2025 12:33:06 PM | ERROR |
| Litigation Calendar | | litigationcalendar@omm.com | 11/26/2025 12:33:06 PM | SENT |
| Craig McAllister | | cmcallister@omm.com | 11/26/2025 12:33:06 PM | SENT |